November 14, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WARD ARNOLD, Appellant

NO. 14-13-00418-CV                     V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,
Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ward Arnold.

We further order this decision certified below for observance.

We further order the mandate of the Court to issue immediately.